IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**CAROLINA MINERAL PARTNERS LLC,**
a North Carolina limited liability company,

      Plaintiff,

v.                                      **Civil Action No. 5:23-CV-214**
                                         Judge Bailey

**JAY-BEE PRODUCTION COMPANY,**
a West Virginia corporation,

      Defendants.

## ORDER DISMISSING CASE

On June 28, 2024, the parties filed a Joint Stipulation of Dismissal without Prejudice [Doc. 45], pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Therein, the parties state:

    Jay-Bee is also a named defendant in a class action dispute, titled ***Hopper et. al v. Jay-bee Oil & Gas Inc., et al.***, Case No. 5:20-CV-101 (Lead) and Consolidated Case No. 5:20-CV-110, in the Northern District of West Virginia, Wheeling Division (the "Class Action").

    On April 4, 2023, the Court certified the class in the Class Action as follows:

        All persons and entities, including their respective successors and assigns, who, since May 21, 2010, were paid or due royalties from [the Class Action] Defendants under leases

1

> pertaining to the wells identified in Exhibit 1 [to the class certification motion] located in the State of West Virginia. (the "Class").

[Hopper, ECF No. 483]. Carolina Mineral is a member of the Class.

> On May 15, 2024, this Court granted preliminary approval of a settlement in the Class Action [Hopper, ECF No. 608]. Carolina Mineral has decided that it will not opt out of the settlement in the Class Action. As such, the parties hereby stipulate and move for the dismissal, without prejudice, of all claims and causes of action asserted in this case. The parties will each bear their own attorneys' fees, expenses, and costs.

[Doc. 45 at 1–2].

Upon consideration, this Court hereby **DISMISSES WITHOUT PREJUDICE** the above-styled action from the active docket of this Court, with the parties bearing their own attorneys' fees, expenses, and costs. Therefore, it is **ORDERED** that this civil action be retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: July 1, 2024.

_____
**JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE**